USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 12, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                     :

THE BANK OF NEW YORK MELLON  :
TRUST COMPANY, N.A.,            :

                    Plaintiff,  :           17 Civ. 4610 (KPF)

                            :            ORDER

                    v.           :

EDUCATION MANAGEMENT II LLC,  :

                  Defendant.  :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

       On July 6, 2018, the only remaining Defendant in this case submitted a notice that it, as well as another entity that was formerly dismissed from this action, filed for bankruptcy. (Dkt. #36). Accordingly, this action is hereby STAYED pursuant to 11 U.S.C. § 362 pending the outcome of Defendant's bankruptcy petition. The parties are directed to submit joint status updates to the Court every six months from the date of this Order.

       SO ORDERED.

Dated:    July 12, 2018
          New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                             United States District Judge